UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:26-cv-03139-AB-SSC | Date:   May 1, 2026 |

| | |
|---|---|
| Title:   *Dawn Stevens v. Anh Nguyen, et al.* | |

**Present: The Honorable   ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:    [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution.  *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met.  Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before May 15, 2026,** why this action should not be dismissed for lack of prosecution.  This matter will stand submitted upon the filing of Plaintiff's response.  *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒    Defendant Anh Nguyen was served with the complaint on April 9, 2026, and response was due April 30, 2026 (Dkt. No. 12).  Defendant did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

CV-90 (12/02)                **CIVIL MINUTES – GENERAL**                Initials of Deputy Clerk EVC

1

**IT IS SO ORDERED**.