JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAWN STEVENS,

    Plaintiff,

    v.

AHN NGUYEN, et al.,

    Defendants.

Case No. 2:26-cv-03139-AB (SSCx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not completed. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 19, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1